**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| _____ | ) | |
| ANTONIO MEDEROS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-10999-RGS |
| | ) | |
| ROBERT MURPHY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____) | | |

## <u>RESPONDENTS' MOTION TO DISMISS</u>

Respondents Robert Murphy, Harold Clarke, and the Commonwealth of Massachusetts

respectfully move this Court to dismiss Petitioner Antonio Mederos's petition for writ of habeas

corpus.  Petitioner raises two claims against Respondents: (1) the state lacked jurisdiction to

initiate civil commitment proceedings because Petitioner was subject to a federal removal order

and    (2) the Superior Court violated Federal immigration law when it acted upon the

Commonwealth's SDP Petition to commit Petitioner.  Petitioner's claims – which boil down to a

single jurisdictional argument – must be dismissed because they are not cognizable under 28

U.S.C. § 2254.  Furthermore, even if Petitioner made a valid claim under § 2254, it has no merit

because the trial court's exercise of jurisdiction over the Commonwealth's petition for civil

commitment proceedings against Petitioner was proper.

In further support of this motion, Respondents have filed a memorandum of law.

WHEREFORE, for the foregoing reasons, Respondents request that this Court dismiss

the petition for a writ of habeas corpus.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL


/s/  Jennifer L. Sullivan
Jennifer L. Sullivan (BBO No. 663945)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2833


Dated:  September 25, 2009


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Petitioner at the address below on September 25, 2009, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:

Antonio Mederos
Prisoner No. M-82272
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324


/s/ Jennifer L. Sullivan
Jennifer L. Sullivan (BBO No. 663945)
Assistant Attorney General