UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONIO MEDEROS
       Petitioner

v.

ROBERT MURPHY, Superintendent
       Respondent

CIVIL ACTION
NO. 09-10999-RGS

**O R D E R**

On September 25, 2009, the Respondent filed a Motion to Dismiss the above Petition for Writ of Habeas Corpus. The Petitioner's response, if any, is to be filed with the Clerk of this Court on or before November 16, 2009.

**October 2, 2009**
Date

/ s / Jolyne D'Ambrosio
Deputy Clerk