UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ANTONIO MEDEROS,              )
        Petitioner,           )
                              )
        v.                    )   Civil Action No. 09-10999-RGS
                              )
ROBERT MURPHY,                )
                              )
        Respondent.           )
```

MOTION FOR APPOINTMENT OF COUNSEL

Now comes the petitioner, who respectfully requests that this Honorable Court appoint a lawyer to represent him in his 28 U.S.C. § 2254 habeas corpus petition.

As reasons therefore,

1. The petitioner is indigent and untrained in the law.

2. The legal matters are complex and they involve state and federal constitutional issues.

3. The petitioner has had a final order of deportation for several years, yet, because the commonwealth has chosen to ignore it he remains civilly committed for one day to life as a sexually dangerous person.

WHEREFORE, petitioner prays that this Honorable Court will grant his motion and assign counsel to present this matter on his behalf.

Respectfully submitted,

DATE: 10-15-09

Antonio Mederos, pro se
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA  02324