COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT

ANTONIO MEDEROS,
    PETITIONER

V.                                            CIVIL ACTION
                                               DOCKET NO: 09-10999-RGS

ROBERT MURPHY, ET AL,
    Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

NOW comes the petitioner Antonio Mederos pro se, and prays that this Honorable Court appoint him counsel Ian Gold, to represent him in this action. The petitioner respectfully request this for the following reasons:

1. That the petitioner has spoken with Attorney Ian Gold on serveral occassions and Attorney Gold has stated if appointed he would represent the petitioner in the matter before the court.

2. Attorney Ian Gold, is well familiarized with the issues in the matter. Also, he understands the complexity of said issues.

3. The petitioner is very limited in his knowledge and understanding of the Laws and procedures in this matter.

4.  The petitioner is indigent and unable to pay for such processes as are required in this matter. Further, the end of justice would be best served through proper expedient representation.

Dated: 3-1-2010

RESPECTFULLY SUBMITTED

_____
Antonio Mederos
Pro Se, petitioner

## CERTIFICATE OF SERVICE

I, Antonio Mederos, hereby certify that on this 3-1-010 day I have caused to counsel for the respondent, James J. Arquin, a true copy of the foregoing documents by postage prepaid first class U.S. mail at the Office of the Attorney General 19th Floor One Ashburton Place, Boston, Ma. 02108-1698

_____
Antonio Mederos

Dated: 3-1-2010