# United States Court of Appeals
## For the First Circuit

No. 10-2222

ANTONIO MEDEROS

Petitioner - Appellant

v.

ROBERT MURPHY, Superintendent of Bridgewater State Hospital; HAROLD W. CLARKE, Commissioner; COMMONWEALTH OF MASSACHUSETTS

Respondents - Appellees

**ORDER OF COURT**

Entered: October 26, 2010
Pursuant to 1st Cir. R. 27.0(d)

Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." On September 15, 2010, the district court entered a final order adverse to the petitioner but failed to address whether a certificate of appealability would issue. The district court is requested to issue or deny a certificate of appealability within two weeks of the date of this order and to forward its decision to this court.

By the Court

/s/ Margaret Carter, Clerk

cc:
Sarah Allison Thornton, Clerk of Court for the District of MA
Honorable Richard Stearns
James J. Arguin
Ian Gold
Antonio Mederos
Jennifer L. Sullivan