UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-10999-RGS

ANTONIO MEDEROS

v.

ROBERT MURPHY, ET AL.

ORDER REGARDING A
CERTIFICATE OF APPEALABILITY

November 10, 2010

STEARNS, D.J.

Pursuant to the Order of the Court of Appeals dated October 26, 2010, the court will DENY a certificate of appealability (although the court notes that petitioner has not sought such a certificate). As stated in the court's adoption of the Magistrate Judge's Recommendation, petitioner has sought a futile procedural remedy for his failure to seasonably raise a substantive claim in his original petition.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE